UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINZI KAYLENE ADAMS,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | No.  2:24–cv–03198–SCR<br><br>ORDER GRANTING IFP AND DIRECTING E-SERVICE |

Pending before the court is Plaintiff's motion for leave to proceed in forma pauperis. *See* 28 U.S.C. § 1915 (authorizing the commencement of an action "without prepayment of fees or security" by a person that is unable to pay such fees).[1] ECF No. 2. Plaintiff submitted the required affidavit, which demonstrates an inability to prepay fees and costs or give security for them. Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request to proceed in forma pauperis (ECF No. 2) is GRANTED;

2. The Clerk of Court is directed to issue a summons for this case;

3. In keeping with the Court's e-service procedure for Social Security cases, service on the Defendant Commissioner of Social Security Administration shall proceed under the Court's E-Service program as follows. Once a summons is issued, the

---

[1] Actions involving review of Social Security decisions are referred to a magistrate judge pursuant to 28 U.S.C. § 636(b)(1) and E.D. Cal. L.R. 302(c)(15).

1

1   Clerk of Court shall deliver to the Commissioner of Social Security
2   Administration and the United States Attorney's Office at their designated email
3   addresses a notice of electronic filing of the action along with the summons and
4   complaint.  The Commissioner has agreed not to raise a defense of insufficient
5   service of process if provided with notice of a complaint as detailed in this order.
6   This order is not intended to prevent parties from making any other motions that
7   are appropriate under the Federal Rules of Civil Procedure; and

8   4.   The Clerk of Court is DIRECTED to issue a scheduling order in this case.

9   IT IS SO ORDERED.

10  DATED: November 25, 2024

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE