UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINZI KAYLENE ADAMS, | No. 2:24-cv-03198-TLN-SCR |
| Plaintiff, | |
| v. | **ORDER** |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

This matter is before the Court on Plaintiff's Motion for Summary Judgment (ECF No. 11) and Defendant's Cross-Motion for Summary Judgment (ECF No. 14.)  This action was referred to the assigned magistrate judge pursuant to Local Rule 302(c)(15) and 28 U.S.C. § 636(b)

On December 23, 2025, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 18.)  Neither party has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 23, 2025, (ECF No. 18), are adopted in full;

2. Plaintiff's motion for summary judgment (ECF No. 11) is granted;

3. Defendant's cross-motion for summary judgment (ECF No. 14) is denied;

4. This matter is REMANDED to the Commissioner for further consideration consistent with this order; and

5. The Clerk of the Court shall enter judgment for Plaintiff and close this case.

Date: May 7, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2